UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ANTOINESON DESSALIS,

Petitioner,

v.

CHRISTOPHER J. LAROSE, Warden of Otay Mesa Detention Center, et al.,

Respondents.

Case No.: 3:26-cv-6032-CAB-MMP

**ORDER GRANTING A WRIT OF HABEAS CORPUS**

Pending before the Court is Petitioner Antioneson Dessalis's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition").] Petitioner is a Haitian national who entered the United States as a minor in 2021, was detained by immigration authorities, and released. [Petition at 2.] On June 2, 2022, an immigration judge dismissed his removal proceedings for prosecutorial discretion without prejudice. [*Id.* at 3; Doc. No. 1-2 at 6.] On September 10, 2026, Petitioner was issued a new Notice to Appear ("NTA"), which alleged that his Temporary Protected Status ("TPS") terminated as of August 7, 2026. [Doc. No. 1-2 at 9.] Petitioner has a master hearing before the immigration court on January 19, 2027. [Doc. No. 1-2 at 21.] On October 21, 2026, Immigration and Customs Enforcement ("ICE") detained Petitioner following a vehicle registration check during a "targeted operation in the city of El Cajon, CA." [Doc. No. 5-1 at 3.]

Respondents admit that Petitioner is detained pursuant to 8 U.S.C. § 1226(a) and argue that he is entitled to a bond hearing under *Rodriguez Vazquez v. Bostock*, 183 F.4th 1160 (9th Cir. 2026). [Doc. No. 5.] They oppose immediate release because an administrative warrant for Petitioner was issued the same day as his arrest. [Doc. No. 5 at 2.]

The Court **GRANTS** a writ of habeas corpus based on the reasoning the Court has articulated in similar cases of re-detention where there is no evidence of changed circumstances or the need for detention for purposes of removal. Respondents shall immediately release Petitioner Antoineson Dessalis under the same conditions of release that existed immediately prior to his most recent re-detention.

The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: November 6, 2026

Hon. Cathy Ann Bencivengo
United States District Judge